| BANKRUPTCY ADVERSARY PROCEEDING DOCKET | | | | | | | | DIST NO. 0206 | OFFICE 1 | DOCKET NO. 89-91294 |
|---|---|---|---|---|---|---|---|---|---|---|
| FILING DATE MO. DAY YR. | P | N/S | O | R 23 | DEMAND IN $1000 | JUDGE NO. | JURY DEM. | RELATED BANKRUPTCY DOCKET | | |
| | | | | | | | | DIST NO. | OFFICE | DOCKET NO. |
| 12/04/89 | 3 | 454 | 1 | N | 500 | A015 | N | 0206 | 1 | 87-10890 |

**PLAINTIFF(S)**
ADIRONDACK FOUNDRIES, INC.
[AKA ADIRONDACK STEEL CASTING CO., I
THE OFFICIAL UNSECURED CREDITORS COMM.

**DEFENDANT(S)**
CONSOLIDATED FOUNDRIES & MANUFACTURI
ADIRONDACK STEEL CASTINGS CO., INC.
THE MERCHANTS BANK & TRUST COMPANY

**CAUSE**

To recover money or property

**ATTORNEYS**

1. JOHN D. RODGERS
   90 STATE ST.
   ALBANY, NY 12207

2. ROBERT E. BIGGERSTAFF
   100 STATE ST.
   ALBANY, NY 12207
   518-462-5601

1. DONALD G. HATT
   11 NORTH PEARL STREET
   ALBANY, NY 12207
   518\463-1189

2. No attorney entered

3. No attorney entered

___ Check here if proceeding was filed in forma pauperis pursuant to 28 U.S.C. sec. 1915

**Filing Fee**
X  Paid
___ Not Paid

**Statistical Reports**
B111A _____
B111B _____

B111 (7/86) BANKRUPTCY ADVERSARY PROCEEDING DOCKET                              page 1

# Docket for Adversary Case No. 89-91294A in re: 87-10890
## ADIRONDACK FOUNDRIES, INC. (printed 01/16/92 at 08:02)

| Date | No. | Entry |
|---|---|---|
| 12/04/89 | 1A | ADVERSARY PROCEEDING FILED NO. [MP] EOD 12/04/89 |
| 12/04/89 | 2A | SUMMONS and notice of pre-trial hearing on 01/16/90 at 12:30 p.m. at U.S. BANKRUPTCY COURT, JAMES T. FOLEY COURT HOUSE, 445 BROADWAY, ALBANY, N.Y. [AW] EOD 12/04/89 [Rescheduled] |
| 01/16/90 | 3A | PRE-TRIAL held; continued to to 02/13/90 at 11:00 p.m. at U.S. BANKRUPTCY COURT, JAMES T. FOLEY COURT HOUSE, 445 BROADWAY, ALBANY, N.Y. Re: Item # 2A. [AW] EOD 01/24/90 [Rescheduled] |
| 01/30/90 | 4A | ANSWER by defendant [AW] EOD 02/01/90 |
| 02/13/90 | 5A | PRE-TRIAL held; continued to to 02/26/90 at U.S. BANKRUPTCY COURT, JAMES T. FOLEY COURT HOUSE, 445 BROADWAY, ALBANY, N.Y. Re: Item # 3A. [AW] EOD 02/14/90 [Rescheduled] |
| 02/26/90 | 6A | PRE-TRIAL held; continued to to 04/05/90 Re: Item # 5A. [AW] EOD 02/27/90 [Rescheduled] |
| 04/05/90 | 6B | PRE-TRIAL held; continued to to 04/23/90 at U.S. BANKRUPTCY COURT, JAMES T. FOLEY COURT HOUSE, 445 BROADWAY, ALBANY, N.Y. Re: Item # 6A. [AW] EOD 04/17/90 |
| 04/23/90 | 6C | PRE-TRIAL held; SETTLED; stipulation and order to follow Re: Item # 6B. [AW] EOD 04/24/90 |
| 02/27/90 | 7A | REPORT to Court Re# 6A [AW] EOD 02/28/90 |
| 06/26/90 | 8A | APPLICATION for order shortening notice time & prescribing notice [AW] EOD 06/28/90 ORDER APPROVING [AW] EOD 06/28/90 |
| 06/26/90 | 9A | MOTION to Approve Compromise, hearing on 07/10/90 at 2:00 p.m. at U.S. BANKRUPTCY COURT, JAMES T. FOLEY COURT HOUSE, 445 BROADWAY, ALBANY, N.Y. Re: Item # 8A. [AW] EOD 06/28/90 [Disposed] |
| 06/29/90 | 10A | CERTIFICATE of Service Re: Item # 9A. [TZ] EOD 07/09/90 |
| 07/10/90 | 11A | HEARING held; Motion GRANTED; Order to follow Re: Item # 9A. [TZ] EOD 07/11/90 |
| 07/10/90 | 12A | STIPULATED ORDER Re: Item # 9A. [TZ] EOD 07/11/90 |
| 01/16/92 | 13A | **CLOSED** [AW] EOD 01/16/92 |

## DOCKET END